19MAG 6978

ORIGINAL

Approved: _____
DAVID W. DENTON, JR. / MICHAEL K. KROUSE
Assistant United States Attorneys

Before: HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :    COMPLAINT

              - v. -                    :    Violations of
                                             18 U.S.C. §§ 2339A & 2
DELOWAR MOHAMMED HOSSAIN,               :
                                             COUNTY OF OFFENSE:
              Defendant.                :    BRONX

                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK       )
                        )  ss.:
COUNTY OF NEW YORK      )

JOSEPH CHESTER, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE

#### (Attempted Provision of Material Support and Resources for Terrorism)

1.  From at least in or about September 2018, up to and including the date of the filing of this Complaint, in the Southern District of New York and elsewhere, DELOWAR MOHAMMED HOSSAIN, the defendant, knowingly and intentionally attempted to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), namely, property, services, communications equipment, weapons, and personnel (including himself), knowing and intending that they were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 2332, to wit, HOSSAIN attempted to travel outside the United States in order to join a terrorist group for the purpose of killing nationals of the United States located outside the United States.

(Title 18, United States Code, Sections 2339A and 2.)

The bases for my knowledge and the foregoing charge are, in part, as follows:

2. I am a Special Agent with the FBI, and I am assigned to a counterterrorism squad. I have been personally involved in the investigation of this matter. This affidavit is based in part upon my training and experience, my involvement in this and other investigations, my conversations with law enforcement agents and other people, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### Overview

3. DELOWAR MOHAMMED HOSSAIN, the defendant, is a 33-year-old resident of the Bronx, New York. As set forth in greater detail below, HOSSAIN is a Taliban supporter who attempted to travel overseas to join the Taliban this month, i.e., July 2019. Since September 2018, HOSSAIN has repeatedly expressed, in the course of recorded communications with a confidential source ("CS-1"),[1] his allegiance to and support for the Taliban, and has discussed his desire and plans for joining the Taliban in Pakistan and Afghanistan so that he can receive training and participate in violent acts of terrorism, particularly targeting U.S. armed forces in Afghanistan. During those communications with CS-1, HOSSAIN told CS-1 that he had made arrangements to travel to Bangkok, Thailand, as the first step in traveling to Pakistan in order to join the Taliban. HOSSAIN purchased an airline ticket for a flight scheduled to depart on July 26, 2019 (the "Flight"), from John F. Kennedy International Airport, New York, New York ("JFK Airport"), to Bangkok (with a short layover in Qatar). On July 26, 2019, HOSSAIN traveled to JFK Airport, where he was arrested by the FBI after he attempted to board his flight to Bangkok.

---

[1] CS-1 has been a paid FBI confidential source since December 2016. Information provided by CS-1 has been deemed reliable and has sometimes been corroborated by independent evidence.

2

### The Taliban

4. Based on my participation in this investigation, training, experience, and review of publicly available materials, I understand the following:

   a. The Taliban is an organization based in Afghanistan that has been listed as a Specially Designated Global Terrorist by the U.S. Department of the Treasury. The Taliban has engaged in a public insurgency campaign to regain control of Afghanistan since losing power in 2001, as a result of the U.S.- and NATO-led invasion of Afghanistan, which is also known as Operation Enduring Freedom - Afghanistan. As part of this campaign, the Taliban has conducted numerous suicide bombings, targeted killings, assassinations, and hostage takings against the Afghan government, U.S. military forces, and American civilians.

   b. The Taliban often publicly accepts responsibility for these attacks through statements issued to the media or posted online. The Taliban has claimed responsibility for the following acts of terror, among others:

      i. In October 2012, in Helmand Province, the Taliban killed six police officers in an "insider" attack, carried out by Taliban members posing as members of the Afghan police. In claiming responsibility for the attack, a Taliban spokesman stated that the Taliban carried out the attack using a "mujahid who had infiltrated and penetrated the police ranks."

      ii. In June 2013, the Taliban launched a rocket attack against coalition forces at Bagram Air Base, outside of Kabul. The attack killed four American soldiers.

      iii. In May 2015, a Taliban suicide bomber detonated a car bomb near the airport in Kabul, hitting a vehicle used by European Union police advisory officials. Three people were killed, including one British security contractor.

      iv. In May 2015, a Taliban gunman opened fire at a guesthouse in an upscale area of central Kabul frequented by foreigners. The assault lasted five hours and killed 14 people, including an American. In claiming responsibility for the attack, a Taliban spokesman stated, "[t]he occupying forces should realize that they are not safe from our attacks under any cover or in any location."

      v. In August 2018, a Taliban suicide bomber detonated a bomb outside a U.S. air base in Parwan Province, Afghanistan, killing three NATO soldiers and wounding one American soldier.

### HOSSAIN Plans to Join the Taliban in Order to Kill Americans in Afghanistan

  5. From in or about September 2018 through in or about July 2019, DELOWAR MOHAMMED HOSSAIN, the defendant, met in person and spoke on the phone several times with CS-1, who participated in this investigation at the FBI's direction. Those meetings and phone calls were recorded. Based on my review of transcripts of these recordings, I have learned the following, in substance and in part:

  a. On or about September 21, 2018, HOSSAIN had the following conversation, in substance and in part, with CS-1:

HOSSAIN:  What I was thinking . . . is moving. Moving to Pakistan. From there finding the Taliban and then joining them because the Taliban I've been doing a lot of research on them. They, they have a legitimate jihad which is without any doubt by the will of Allah . . . [and] Allah . . . would not even question us as to if we did right or wrong because they have a legitimate reason of jihad.

\* \* \*

HOSSAIN:  [I]f you see if we do anything here, attacking the U.S. army, attacking stuff like that is legitimate because the world is against the American government, not its people.

\* \* \*

CS-1:  This is the right way.

HOSSAIN:  Yeah this is the right way. No matter what. But you see to attack an army base you would need a lot more power than four, five people.

4

CS-1: I can talk to people like the people that I trust and you can talk to people about it you know.

HOSSAIN: Yeah you need at least, I don't know, you need a bigger people. You need a bigger group of people, you need enough ammunition, you can't just do it here. But if you have money, if you have enough money moving from here going to Pakistan . . . Should we move from here?

\* \* \*

CS-1: But if you move . . . the government will look to that.

HOSSAIN: No, if you go to Pakistan they can't bother you because Pakistan is, is not involved in any army, it's not involved in any war with them directly. Afghanistan yes. If we tried to buy a ticket to Afghanistan we might have an issue. They will stop us at the airport or something but Pakistan no. You go to Pakistan but you, you can get to Afghanistan from Pakistan there's a border you can cross.

   b. Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of, among other things, other communications involving HOSSAIN, I believe that during this conversation, HOSSAIN suggested to CS-1 that they travel to Pakistan, cross the border into Afghanistan, and join the Taliban in order to conduct "jihad." In particular, HOSSAIN expressed a desire to attack U.S. military targets as part of that "jihad" with the Taliban. The conversation between HOSSAIN and CS-1 then continued, in substance and in part, as follows:

HOSSAIN: You know what I mean . . . if we go to Pakistan because Pakistan is a country that supports jihad, it does.

CS-1: Okay.

HOSSAIN: Because Pakistan has a good relationship with the Taliban of Afghanistan. If we look over there once we go there, because the people of Pakistan and within the borders, they're very tight.

CS-1: And if he go over there who you gonna fight?

HOSSAIN: You fight the American government from there . . . combined with the Taliban so you will have an *emir*. See then you are not . . . questioned by Allah . . . meaning in a sense that you didn't just go do stuff.

CS-1: Is the U.S. government there too?

HOSSAIN: Yes, the U.S. government.

CS-1: Is the army there?

HOSSAIN: U.S. government army is over there in Afghanistan. So we go to Pakistan and then go to Afghanistan from Pakistan.

CS-1: And we can fight them?

HOSSAIN: We fight them over there because then we'll be with the Mujahedeen so we have an *emir*, we have the social structure, we have everything.

    c.  During the months that followed, HOSSAIN repeatedly reaffirmed his intention to join the Taliban, for the purpose of committing acts of murder. For example:

        i.  On or about February 8, 2019, HOSSAIN told CS-1, "You know what I want to do, seriously, I just want to take a frickin' machinegun and just shoot everybody and kill 'em all . . . . This is all you want to do, OK, go to hellfire. Die you frickin' scumbags."

        ii. On or about February 26, 2019, HOSSAIN told CS-1, "Life over there [*i.e.*, Afghanistan], it's war. But the people so good you don't mind dying. . . . Their heart is so good its okay to even die amongst them. Even if you don't get

anything, but the fact that you make *hijra*,[2] Allah forgives all the sins of your previous life."

        iii.  On or about March 5, 2019, HOSSAIN and CS-1 had the following conversation, in substance and in part:

HOSSAIN: Our target is to somehow . . .

CS-1: Get to the Taliban, Afghanistan?

HOSSAIN: Yes.

        iv.  On or about April 4, 2019, HOSSAIN told CS-1, "We are gonna fight. We are gonna smash [U/I], and it'll all be worth it. . . . You're doing it because you want to fight. You want to fight so you can establish your religion . . . so you can make a society of Islam. . . . I want to fight . . . I want to kill some *kufars*[3] before I die."

        v.  On or about June 2, 2019, HOSSAIN and CS-1 had the following conversation, in substance and in part:

HOSSAIN: I really hope we can spend the next [U/I] over there with our brothers, you know?

CS-1: Sitting in the mountains?

HOSSAIN: With our big. . .

CS-1: With the big. . . with the AK-47s.

HOSSAIN: And laugh about this moment.

    6.  In addition to communicating with CS-1 by phone and in person, DELOWAR MOHAMMED HOSSAIN, the defendant, also communicated with CS-1 through a particular encrypted messaging application (the "Application"). Based on my training, experience, and review of publicly available materials, I have learned, among other things, that the Application can be

---

[2] Based on my training and experience, I have learned that "*hijra*" is an Arabic term that means pilgrimage and is often used by jihadists to refer to traveling to join a terrorist organization, such as the Taliban.

[3] Based on my training and experience, I have learned that "*kufars*" is a derogatory term that is sometimes used to refer to non-Muslims.

7

accessed through both desktop computers and smartphones, and provides end-to-end encryption of user communications. As a result, communications sent through the Application can be viewed only by a participant in the conversation. The Application has therefore become a popular means of communication among individuals who participate in violent extremist activity, as well as other types of crimes. Based on my review of messages sent and received by CS-1 through the Application, I have learned, in substance and in part, that HOSSAIN used the Application to send CS-1 and others information about the Taliban. For example:

    a. On or about January 11, 2019, HOSSAIN sent a link to a report by a Qatar-based media outlet entitled "Afghan Taliban cancel peace talks with US officials in Qatar."

    b. On or about January 21, 2019, HOSSAIN sent a link to a report by a United Kingdom-based media outlet entitled "Taliban talks: Chilling face-to-face interview with terror commander Qari Nasrullah."

    7. On or about July 8, 2019, DELOWAR MOHAMMED HOSSAIN, the defendant, had the following conversation, which was recorded, with CS-1, in substance and in part:

CS-1: Over there, there is an *emir*, right?

HOSSAIN: Yes.

CS-1: So by the, by *sharia*, we have to follow him?

HOSSAIN: Yah.

CS-1: Or follow you?

HOSSAIN: Once we are over there, we give *bayat*[4] to him . . . go under their control. Whatever they say goes.

    a. Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of,

---

[4] Based on my training and experience, I have learned that "*bayat*" is an Arabic term often used to describe a loyalty oath sworn by a member of a terrorist organization to that organization's leader.

8

among other things, other communications involving HOSSAIN, I believe that during this conversation HOSSAIN indicated to CS-1 that he intended to pledge allegiance to a Taliban *emir*, or commander, and to follow orders from that individual. While HOSSAIN did not specify the particular Taliban commander to whom he would pledge allegiance, HOSSAIN had previously sent CS-1 information about a particular commander, Qari Nasrullah, who had expressed an intention to kill foreign soldiers operating in Afghanistan, *see supra* ¶ 6.b.

### **HOSSAIN Plans Covert Travel to Join the Taliban**

8. Based on my participation in this investigation and my review of, among other things, other communications involving DELOWAR MOHAMMED HOSSAIN, the defendant, I have learned that, after HOSSAIN announced his intention to travel to Afghanistan in order to join the Taliban and attack U.S. military personnel in Afghanistan, HOSSAIN began planning routes that he, CS-1, and others could take to travel to Afghanistan. Over the course of the following months, in sum and substance, HOSSAIN and CS-1 had a number of conversations about possible ways to reach the land border between Pakistan and Afghanistan, including discussing ways to travel by air to Pakistan and ways to cross from Pakistan into Afghanistan. Ultimately, HOSSAIN determined that the group should travel to Pakistan by flying first to Thailand, from where they could travel onwards to Pakistan.

   a. Based on my review of messages sent and received by CS-1 through the Application, I have learned, in substance and in part, that on or about March 22, 2019, HOSSAIN sent CS-1 and others a message through the Application, which included HOSSAIN's travel arrangements. This message showed that HOSSAIN had booked a flight from JFK Airport to Bangkok, Thailand, with a short layover in Qatar. The flight HOSSAIN booked was scheduled to depart JFK Airport on or about July 26, 2019 at 11:05 a.m. (*i.e.*, the Flight).

   b. On or about April 4, 2019, HOSSAIN had the following conversation, in substance and in part, with CS-1 and with another co-conspirator not named as a defendant herein ("CC-1"):

   CC-1:     You never explained to me why Thailand.

| | |
|---|---|
| HOSSAIN: | Oh, why Thailand? Because Thailand is the only place where nobody's going to expect you are going there for terrorism. |
| CC-1: | And then from there? |
| HOSSAIN: | From there, we go to Pakistan. You can't fly straight to Pakistan. They get caught flying straight to Pakistan. |

        c. Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of, among other things, other communications involving HOSSAIN, I believe that during this conversation, HOSSAIN told CC-1 that reason for traveling first to Thailand was to conceal that the true purpose of their trip was "terrorism," but that they would travel onwards to Pakistan from there. HOSSAIN also made reference to other individuals who "get caught," which appears to be a reference to other individuals who have been arrested when attempting to travel overseas in order to join terrorist organizations.

### HOSSAIN Takes Precautions to Avoid Detection of His Plans to Join the Taliban

        9. Based on my participation in this investigation and my review of, among other things, other communications involving DELOWAR MOHAMMED HOSSAIN, the defendant, I have learned that, due to the long period of time before the first leg of HOSSAIN's travel to join the Taliban for purposes of jihad, HOSSAIN took steps during the intervening time period to conceal his intent. For example, on or about February 12, 2019, HOSSAIN told CS-1, in substance and in part, "So, this is what you gotta do. You gotta lay low. Off the electronics," indicating that CS-1 should avoid using communications devices that could be intercepted by law enforcement.

        10. In addition, DELOWAR MOHAMMED HOSSAIN, the defendant, took particular steps (and recommended that CS-1 and CC-1 take similar steps) to fabricate a false narrative that would appear inconsistent with HOSSAIN's desire to commit acts of terrorism. For example:

        a. On or about March 26, 2019, four days after sending CS-1 his travel arrangements, HOSSAIN had the following conversation, in substance and in part, with CS-1:

HOSSAIN:   You don't drink, right?

CS-1:      No.

HOSSAIN:   You never drank.

CS-1:      No.

HOSSAIN:   That means you never used your credit card anywhere where there's drinking.

CS-1:      No.

HOSSAIN:   I want you to, every week. Go to a liquor store buy a bottle for five dollars or ten dollars, come back and sell it to some black people.

CS-1:      Okay.

HOSSAIN:   But use a credit card to do it or a debit card.
           * * *

HOSSAIN:   Once a month . . . I know this sounds crazy, but I wanna watch you go inside a strip club and buy a drink and come back out.

CS-1:      Okay. I'll do that.

HOSSAIN:   [B]ecause you guys are too clean. You understand what I'm saying?

CS-1:      Mm hmm.

HOSSAIN:   All of a sudden you wanna go to Bangkok to party. Three Arab guys together. You see what I'm saying?

CS-1:      Okay.

HOSSAIN:   Three Muslims, one young guy.

CS-1:      Okay.

> HOSSAIN: It doesn't look good. I'm just saying. I have to take precautions.
>
> * * *
>
> CS-1: Precautions just in case because when they look, when they, they check you at the immigration, they swipe your passport.
>
> * * *
>
> HOSSAIN: We can't be so clean because the *kufar* are smart. They're smart. So we have to be smarter.

    b.    Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of, among other things, other communications involving HOSSAIN, I believe that during this conversation, HOSSAIN suggested that CS-1 use his credit card to buy alcohol and attend strip clubs because such conduct would appear inconsistent with the behavior of individuals committed to a devout lifestyle and intent on traveling to join a terrorist organization. HOSSAIN asserted that law enforcement agents may become suspicious if three observant Muslims and "one young guy" — *i.e.*, CC-1 — travel to Bangkok "to party," and suggested that these purchases will help them evade detection by law enforcement. The conversation between HOSSAIN and CS-1 then continued, in substance and in part, as follows:

> HOSSAIN: No, because I'm telling you, I studied their system, so I know how they work. They know, the reason why I never get checked in the airports as a Muslim is because I always drank before. I use to be American so they never saw anything in my personality for them to ever think that I was.
>
> CS-1: And we still have, we should almost have three months now.
>
> HOSSAIN: Yes, yes.
>
> CS-1: Yeah.

| | |
|---|---|
| HOSSAIN: | That's why we have to start now. |

\* \* \*

| | |
|---|---|
| HOSSAIN: | [T]he reason why I have this idea in my head is because in case we don't make it from Bangkok to Pakistan by plane we're gonna basically take the land to Pakistan. |
| CS-1: | Yeah. |
| HOSSAIN: | We can do it, there's a way. |
| CS-1: | We have to because we have to go to Pakistan. |
| HOSSAIN: | And we can't do that unless I get, get you guys use to having a sinful manner. You know what I mean? I want you to do, like I started doing it, look, I started talking to girls because I want to get use to showing that you are a *kufar*. |
| CS-1: | Okay. |
| HOSSAIN: | And that you're not a Muslim, all Muslim. You see what I'm saying? Because, look, I'm not just telling you, I'm doing this myself because I'm too clean. You know. I am too clean right now and I don't want that to show up. So I started flirting and in Thailand, in Bangkok, I'm starting talking to girls over in Bangkok. |
| CS-1: | Yeah. |
| HOSSAIN: | Why, because I need to have evidence. These things need to, in case they're tracking my phone they'll see these things. You see what I'm saying? |
| CS-1: | Yeah. |
| HOSSAIN: | So I'm flirting, I'm doing all sorts of stuff because I need to cover my path. |

13

| | |
|---|---|
| CS-1: | How many, how many gonna be like out from Bangkok to Pakistan to our destination? |
| HOSSAIN: | Four, five hours. |
| CS-1: | Five hours only, that's it, that's good. |
| HOSSAIN: | But if we go by land, it takes like weeks. If we end up doing it. We may end up doing it in case we don't get a visa. We will fly to Bangladesh and from Bagladesh we go to India from India to Pakistan. |
| CS-1: | Okay. |
| HOSSAIN: | That's my plan. In case. Like that's why the second plan. And the reason why I need to have a dirty track is because in case they stop us over there and they look at our, our record because all the records they have everything in the whole world is together. |

\* \* \*

| | |
|---|---|
| CS-1: | This is a good plan you came with Bangkok and another good plan you came with all the credit card, we go to a bar, we act like we're not good, we're drinking. |
| HOSSAIN: | It's a good thing. |
| CS-1: | Yes. |
| HOSSAIN: | And when we go to the airports you gotta know, oh these people have a history of buying beers, buying liquor, he's going to have a good time and come back. He's not gonna know we're going to Pakistan and going to the Taliban and so that's good. |

    c.    Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of, among other things, other communications involving HOSSAIN, I believe that during this conversation, HOSSAIN was specific about his intention to leave in "three months," and that he was

14

planning to travel from the United States to Thailand, and then from Thailand to Pakistan, either by plane or overland. In particular, HOSSAIN stated that he intended to buy alcohol and flirt with women in order to mask his plan to travel to Pakistan in order to join the Taliban.

        d. On or about March 26, 2019, HOSSAIN had the following conversation, in substance and in part, with CS-1:

| | |
|---|---|
| CS-1: | But if we in Bangkok we don't need to take pictures with the girls. |
| HOSSAIN: | Yes. |
| CS-1: | We're gonna just walk to Pakistan and that's it. |
| HOSSAIN: | No. We're not walking to, we're gonna fly there but when we're in Bangkok you're gonna leave. |
| CS-1: | Mm hmm. |
| HOSSAIN: | And they, they suspect you when you're leaving. Right? If you have pictures of you and on your phone in Bangkok, what you did there. What if they, what if they want to because they can do that. |
| CS-1: | Yeah, we'll do, we'll do a couple of pictures. |
| HOSSAIN: | You see what I'm saying? |

                          \* \* \*

| | |
|---|---|
| HOSSAIN: | I have to make sure we leave dirt all over the place. |
| CS-1: | Okay. |
| HOSSAIN: | Because when they look at us and they want some sort of evidence I'll probably have like one of the girls. |
| CS-1: | But when we get to Pakistan? |

15

| | |
|---|---|
| HOSSAIN: | No, no, no. Once we get the other, once we land where we need to we wipe out all our phones right away. . . Because we don't, we, our dirt is between us. |

\* \* \*

| | |
|---|---|
| CS-1: | This is a pact between us and you know and this is between us. |
| HOSSAIN: | And this is the pact, we take it out before we get to the Taliban. |

   e. Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of, among other things, other communications involving HOSSAIN, I believe that during this conversation, HOSSAIN described his intention to travel to Pakistan from Thailand, but to "leave dirt all over the place" in an effort both to conceal the purpose of his travel and to ensure that law enforcement did not attempt to interdict HOSSAIN and CS-1 while en route. HOSSAIN reaffirmed, however, that his true intention was to "get to the Taliban."

### HOSSAIN Purchases Equipment

   11. Based on my participation in this investigation and my review of, among other things, other communications involving DELOWAR MOHAMMED HOSSAIN, the defendant, I have learned that, in preparation for traveling to join the Taliban, HOSSAIN took steps to ensure that he, CS-1, and others would be properly equipped to fight in the mountains of Afghanistan. In part, this entailed being prepared to procure equipment after arriving in Afghanistan. For example:

   a. On or about December 6, 2018, HOSSAIN had the following conversation, in substance and in part, with CS-1:

| | |
|---|---|
| HOSSAIN: | Whatever the case is, let everyone make sure they get this one message, save money. |
| CS-1: | Okay. |
| HOSSAIN: | The more you have the better. |

16

| | |
|---|---|
| CS-1: | Yeah. |
| HOSSAIN: | If you could have ten thousand dollars after your ticket is best. |

* * *

| | |
|---|---|
| HOSSAIN: | Because when you go over there, you gonna need money to buy weapons too. |
| CS-1: | Yeah. |
| HOSSAIN: | Because nobody's gonna give you free weapons. |

      b. Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of, among other things, other communications involving HOSSAIN, I believe that, during this conversation, HOSSAIN suggested traveling with $10,000 each, in order to purchase weapons once they arrive in Pakistan.

      12. In addition to planning to procure weapons after joining the Taliban, DELOWAR MOHAMMED HOSSAIN, the defendant, also arranged to procure equipment prior to his departure for Afghanistan. For example, based on my review of messages sent by HOSSAIN through the Application I have learned that:

      a. On or about January 11, 2019, HOSSAIN sent a photograph of two walkie-talkies offered for sale by an online retailer ("Retailer-1"). Following the image, HOSSAIN stated that "[w]e should get 2 orders. This is top of the line item."

      b. On or about March 29, 2019, HOSSAIN sent an image of an item labeled "Performance Backpack" offered for sale by Retailer-1. Following the image, HOSSAIN stated, "What you think guys we should get 3 bags light and great for hiking and camping and easy to move with."

      13. On or about April 6, 2019, DELOWAR MOHAMMED HOSSAIN, the defendant, had the following conversation, in substance and in part, with CS-1:

| | |
|---|---|
| HOSSAIN: | If they ask you why you have walkie talkie, what are you gonna say? |

17

| | |
|---|---|
| CS-1: | For us 'cause we not gonna use the phones, not working there. |
| HOSSAIN: | Where? |
| CS-1: | Where we going. We need, we need. |
| HOSSAIN: | I know but when they ask you. What are you gonna say? |
| CS-1: | What are we gonna say? We take it in case can't get in contact. |
| HOSSAIN: | Say you are hikers. You like to hike in the mountains. And the cell phones don't work. This is what you gotta say. |
| CS-1: | Alright. Alright. Now we know. |
| HOSSAIN: | You see what I'm saying? Make sure you tell them . . . we like to go hiking. We'll have hiking stuff in our bags, you know? Like camping. |

a. Based on my training and experience, my participation in this investigation and others, my conversations with other law enforcement agents and others, and my review of, among other things, other communications involving HOSSAIN, I believe that, during this conversation, HOSSAIN was preparing CS-1 to respond to questions from law enforcement officials about why HOSSAIN and CS-1 were carrying the type of equipment HOSSAIN had previously recommended that they purchase in connection with the planned travel to Afghanistan to join the Taliban. In particular, HOSSAIN was specific that CS-1 should make false statements about using the equipment for hiking.

14. Based on my review of business records from Retailer-1, I have learned that DELOWAR MOHAMMED HOSSAIN, the defendant, purchased the following items, which, in my training and experience, are items used for camping:

a. On or about May 16, 2019, HOSSAIN purchased, from Retailer-1, a sports backpack and a four-person tent.

b. On or about June 1, 2019, HOSSAIN purchased, from Retailer-1, a hiking backpack, three sleeping bags, a survival kit, four mylar thermal blankets, a two-piece hatchet

and machete set, two water filters, a solar charger, a portable battery pack, and two charging cables for cellular phones.

**HOSSAIN's Arrest While Attempting to Travel to Join the Taliban**

15. Based on my participation in this investigation, my conversations with other law enforcement officers and others, and law enforcement surveillance, I have learned the following, in substance and in part:

    a. At approximately 6:30 a.m. on July 26, 2019, FBI agents observed DELOWAR MOHAMMED HOSSAIN, the defendant, arrive at JFK Airport.

    b. After arriving at JFK Airport, HOSSAIN checked in to board the Flight and passed through security, after which the FBI arrested him.

WHEREFORE, I respectfully request that DELOWAR MOHAMMED HOSSAIN, the defendant, be imprisoned or bailed, as the case may be.

JOSEPH CHESTER
Special Agent
Federal Bureau of Investigation

Sworn to before me this
26th day of July, 2019

HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK